IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSETTA BUSSIE | : | CIVIL ACTION |
| v. | : | |
| AMERICAN SECURITY INSURANCE COMPANY, ET AL. | : | NO. 20-3519 |

# ORDER

**AND NOW**, this 1st day of June, 2021, upon consideration of "Defendant American Security Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint" (Docket No. 11), the "Motion of Defendant, Pilot Catastrophe Services, Inc. to Dismiss Amended Complaint" (Docket No. 12), all documents filed in connection with both Motions, and the oral argument held on March 11, 2021, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion of American Security Insurance Company ("ASIC") is **GRANTED** insofar as it seeks dismissal of the claims against ASIC in Counts I, III, IV, and V, but **DENIED** insofar as it seeks dismissal of the claim against ASIC in Count II.

2. The Motion of Pilot Catastrophe Services, Inc. ("Pilot") is **GRANTED** and the three claims against Pilot (in Count III, IV, and V) are **DISMISSED**.

3. Count I is **DISMISSED** without prejudice.

4. Count II is **STAYED** pending completion of the appraisal process.

5. Counts III, IV, and V are **DISMISSED** with prejudice as to both Defendants.

6. Pilot is **DISMISSED** as a Defendant in this action.

7. The parties shall provide the Court with a status report no later than August 1, 2021.

        BY THE COURT:

        /s/ John R. Padova, J.

        _____

        John R. Padova, J.